39472. FULLER, Administrator v. WEEKES, Guardian.

NICHOLS, Presiding Judge. The judgment of this court (*Fuller v. Weekes*, 105 Ga. App. 790, 125 SE2d 662), reversing the judgment of the trial court, having been reversed by the Supreme Court of Georgia on certiorari (*Weekes v. Fuller*, 218 Ga. 515, 128 SE2d 715), the said judgment of this court is vacated and the judgment of the trial court is affirmed in accordance with the judgment of the Supreme Court.

*Judgment affirmed. Frankum and Jordan, JJ., concur.*

DECIDED JANUARY 8, 1963.

*Ben F. Sweet,* for plaintiff in error.
*Weekes & Candler, John Wesley Weekes,* contra.